UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
K.A., S.A., L.R., and JANE DOES 1-25,

                          :

               Plaintiffs,

                          :

     -against-                        **ORDER**

                          :

CITY OF NEW YORK, CORIZON          16-CV-4936 (LTS) (KNF)
HEALTH, INC., CORIZON, INC., and   :
SIDNEY WILSON, individually and in his
official capacity,               :

             Defendants.  :
----------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


      On September 22, 2016, this action was stayed pending a criminal investigation

concerning defendant Sidney Wilson.  <u>See</u> Docket Entry No. 34.  Thereafter, the stay of this

action continued pending the resolution of the criminal matter.  On May 20, 2020, the defendants

shall file a status report concerning the criminal matter.

Dated:  New York, New York
      May 12, 2020              SO ORDERED:

                                  _Kevin Nathaniel Fox_
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE