UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

        Plaintiffs,

        -against-                              **ORDER**
                                                16 CV 4936 (LTS) (KNF)
CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that on or before November 20, 2020, the defendants provide the Court a written status report on the criminal prosecution of defendant Sidney Wilson.

Dated:  New York, New York        SO ORDERED:
           May 28, 2020

                                                */s/ Kevin Nathaniel Fox*
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE