UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,    :                        :

                  Plaintiffs,          :

         -against-           :         **ORDER**

                                :       16 CV 4936 (LTS) (KNF)
CITY OF NEW YORK, et al.,        :

                                :

                  Defendants.       :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that on or before May 24, 2021, the defendants provide the Court a

written status report on the criminal prosecution of defendant Sidney Wilson.

Dated: New York, New York         SO ORDERED:
       November 24, 2020

                                     *Kevin Nathaniel Fox*
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE