```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,     :                                    :

                Plaintiffs,                      :
                                                 :
        -against-                                :         **ORDER**
                                                 :         16-CV-4936 (LTS) (KNF)
CITY OF NEW YORK, et al.,                        :
                                                 :
                Defendants.                      :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that on or before September 24, 2021, the defendants provide the Court a written status report on the criminal prosecution of defendant Sidney Wilson.

Dated: New York, New York     SO ORDERED:
       May 25, 2021

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE