UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

K.A. et al.,

       Plaintiffs,

  -v-                                                        No.   16 CV 4936-LTS

CITY OF NEW YORK et al.,

       Defendants.

-------------------------------------------------------x

## ORDER

On April 24, 2017, Defendants submitted to the Court a Status Report which: (1) requested a 60-day stay of the case; (2) requested that the Status Report be filed under seal; and (3) provided good cause as to why this matter should be kept confidential. The Status Report was filed under seal. On April 25, 2017, the Court issued an order (docket entry no. 49) which granted the requested stay but failed to address the sealing issue explicitly—and the sealing request has remained unresolved on the docket since that time.

For the reasons stated in the Status Report, the sealing order is granted *nunc pro tunc* to April 25, 2017. Docket entry no. 47 is hereby resolved.

       SO ORDERED.

Dated: New York, New York
       November 1, 2021

                                                                           /s/ Laura Taylor Swain
                                                                      LAURA TAYLOR SWAIN
                                                                      Chief United States District Judge