UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

                                                    1:16-CV-4936 (LTS) (KNF)

                      Plaintiffs,

     -against-

CITY OF NEW YORK, CORIZON HEALTH,
INC., CORIZON, INC. and SIDNEY WILSON,
individually and in his official capacity,

                      Defendants.
------------------------------------------------------------------------X

**PLAINTIFFS' MOTION TO UNSEAL PROSECUTION FILE
OF DEFENDANT SIDNEY WILSON**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Philip M. Hines, dated January 11, 2022, and the accompanying Memorandum of Law filed herewith, plaintiffs in this action will move this Court, before the Honorable Kevin N. Fox, Magistrate Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, for an Order unsealing the Bronx County District Attorney's Office's prosecution file of Defendant Sidney Wilson to the extent necessary for them to comply with the served subpoena, together with such other and further relief as this Court deems just and proper.

Dated: Brooklyn, New York
       January 11, 2022

                                                Respectfully submitted,

                                                */s/ Philip M. Hines*_____
                                                HELD & HINES, LLP
                                                2004 Ralph Avenue
                                                Brooklyn, New York 11234
                                                (718) 531-9700
                                                phines@heldhines.com

                                                *Attorneys for Plaintiffs*