UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

K.A., et al,

                          Plaintiffs,

-against-

CITY OF NEW YORK, et al,

                          Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-4936 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on February 3, 2022 for general pretrial. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an Initial Case Management Conference by **April 22, 2022**. Proposed dates should be in the second and third weeks of May.

       SO ORDERED.

DATED:    New York, New York
               April 18, 2022

                                                      *Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge