

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALAN H. SCHEINER<br>*Senior Counsel*<br>Tel. (212) 356-2344<br>Fax. (212) 356-3509<br>email: ascheine@law.nyc.gov |
|---|---|---|

May 23, 2022

*Via ECF*
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

      Re:    *K.A., et al. v. City of New York, et al.*, 16-cv-04936 (LTS) (KNF) (SDNY)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, the Corporation Counsel of the City of New York, assigned to the defense of the above-referenced action on behalf of defendant City of New York (the "City").

      I am writing because we discovered an error in the City's recent consent motion for an extension of time to submit our motion to dismiss, which the Court granted on May 18, 2002. The due date requested for the motion to dismiss was May 30, 2022, which is the national holiday of Memorial Day, on which the Court and the City's offices are closed. Therefore, the City respectfully requests, and all counsel agree, that the dates requested should be extended by one day as follows.

      Motion to Dismiss Due:  May 30, 2022  to May 31, 2022
      Opposition to Motion Due June 29, 2022  to June 30, 2022
      Reply to Opposition Due July 14, 2022 (one day added for July 4 holiday) to July 15, 2022

      We thank the Court for its consideration of this matter.

•The foregoing request is granted. Briefing shall follow the schedule set out above. DE 139 is resolved. SO ORDERED.
5/24/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*Alan H. Scheiner* /s/
_____
Alan H. Scheiner
*Senior Counsel*
Special Federal Litigation Division

      cc:      All Counsel (via ECF)