UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

K.A., et al,

                          Plaintiffs,                  **ORDER**

                                                                 16-CV-4936 (LTS) (JW)

        -against-

CITY OF NEW YORK, et al,

                          Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has reviewed the briefing thus far on Defendants' motions to dismiss. The motions to dismiss have not been referred to this Court and thus the Court does not make any final determination as to the merits of such motions. Nonetheless, a preliminary review of the briefing demonstrates that it is not immediately clear that Defendants' motions to dismiss will be granted. Therefore, no discovery is stayed. The parties shall file a revised Proposed Case Management Plan and Report of Rule 26(f) Meeting by **August 4, 2022**.

      SO ORDERED.

DATED:    New York, New York
               July 28, 2022

                                                       _____
                                                       JENNIFER E. WILLIS
                                                      United States Magistrate Judge