UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

K.A., et al.,

    Plaintiffs,

-v-                                            No.   16-CV-4936-LTS-JW

CITY OF NEW YORK, et. al.,

    Defendants.

-------------------------------------------------------x

## ORDER

The Court has received notice that Defendant Tehum Care Services, Inc., d/b/a/ Corizon Health, Inc. ("Corizon"), filed a Chapter 11 bankruptcy petition on February 13, 2023, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  In light of the automatic stay provisions of 11 U.S.C. section 362, proceedings in this action are stayed as to Defendant Corizon only, without prejudice to an application to the bankruptcy court for relief from the automatic stay.  In the absence of such relief, the parties shall file a joint status report on April 3, 2023, and the first day of each calendar quarter thereafter, stating whether the bankruptcy case is still pending and whether this case should remain stayed as to Defendant Corizon.  The case is stayed as against Defendant Corizon only and remains referred to Magistrate Judge Willis for general pretrial management.  Docket entry no. 191 is resolved.

SO ORDERED.

Dated: New York, New York
      February 16, 2023

                                            /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge