UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

K.A., et al.,

    Plaintiffs,

-v-                       No.  16-CV-4936-LTS-JW

CITY OF NEW YORK, et. al.,

    Defendants.

-------------------------------------------------------x

## Order

    The Court has received notice that the United States Bankruptcy Court for the Southern District of Texas, Houston Division, has entered an order imposing an automatic stay as to all claims and defendants in the instant case.  See In re Tehum Care Servs., Inc., Case No. 23-90086 (Bankr. S.D. Tex.); (docket entry no. 195.)  In light of this order, proceedings in this action are stayed as to all defendants pending further order of the Court.  The Clerk's Office is respectfully directed to terminate the docket entries for the pending motions in this case (docket entry nos. 188, 186, 185, 144, and 141), without prejudice to renewal upon lifting of the stay.

SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain
      March 8, 2023                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge