UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

K.A., et al.,

      Plaintiffs,

  -v-                                          No.   16-CV-4936-LTS-JW

CITY OF NEW YORK, et. al.,

      Defendants.

-------------------------------------------------------x

ORDER

The Court has received notice that the United States Bankruptcy Court for the Southern District of Texas, Houston Division, (the "Bankruptcy Court") has entered a stipulation and agreed order confirming that the stay of Plaintiffs' claims in this action, as ordered by the Bankruptcy Court in March 2023, has expired as against Defendants Sidney Wilson ("Wilson") and the City of New York (the "City").  See Tehum Care Servs., Inc., v. Those Parties Listed in Appendix A to the Complaint (In re Tehum Care Servs., Inc.), Adv. Pro. No. 23-03049 (Bankr. S.D. Tex.); (docket entry no. 210.)

In light of this order, the stay of proceedings, as ordered by this Court on March 8, 2023 (docket entry no. 196), is hereby vacated as to Defendants Wilson and the City.  The stay as to Defendants Corizon Health, Inc. and Corizon, Inc. will remain in effect pending further order of the Court, as will the mandate for quarterly joint status reports regarding the need for a continued stay (docket entry no. 192).

The parties are directed to meet and confer, and to file a joint letter within 30 days of entry of this Order setting forth the status of Plaintiffs' claims against Wilson and the City and

proposed next steps for adjudication of said claims.  This case remains referred to Magistrate Judge Willis for general pretrial management.

SO ORDERED.

Dated: New York, New York
      May 6, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge