UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

K.A., et al.,

      Plaintiffs,

  -v-                                              No.   16-CV-4936-LTS-JW

CITY OF NEW YORK, et. al.,

      Defendants.

-------------------------------------------------------x

ORDER

On May 6, 2024, this Court vacated the stay of proceedings against Defendants Sidney Wilson ("Wilson") and the City of New York (the "City"), following receipt of notice that that the United States Bankruptcy Court for the Southern District of Texas, Houston Division, (the "Bankruptcy Court") entered a stipulation and agreed order confirming that the stay of Plaintiffs' claims in this action, as ordered by the Bankruptcy Court in March 2023, expired as against Defendants Wilson and the City.  See Tehum Care Servs., Inc., v. Those Parties Listed in Appendix A to the Complaint (In re Tehum Care Servs, Inc.), Adv. Pro. No. 23-03049 (Bankr. S.D. Tex.); (docket entry nos. 210, 211.)

The Court directed that the stay as to Defendants Corizon Health, Inc. and Corizon, Inc. (the "Corizon Defendants") would remain in effect pending further order of the Court, as would the mandate for quarterly joint status reports regarding the need for a continued stay as to these Defendants.  (See docket entry nos. 192, 196, 211.)

The last quarterly joint status report was filed April 15, 2024, with the following report due the first day of the next calendar quarter, i.e., July 1, 2024. (Docket entry nos. 192,

208.)  As of the date of this Order, the July joint status report regarding the stay as to the Corizon Defendants has yet to be filed.

The parties are directed to meet and confer, and to file the next joint status report, as required by the orders at docket entry nos. 192 and 211, by **October 15, 2024**.  The joint status reports as to the Corizon Defendants shall continue to be due every three months thereafter.

SO ORDERED.

Dated: New York, New York
      August 9, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge