

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

> This request is GRANTED. The Parties shall confer
> and contact Courtroom Deputy Chris Davis at
> WillisNYSDChambers@nysd.uscourts.gov with three
> new proposed dates in October, November, or
> December.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> September 20, 2024

Hany Weng
Senior Counsel
hweng@law.nyc.gov
(212) 356-2648
(212) 356-3509 (fax)

**VIA ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    K.A., et al v. City of New York, et al., 16-CV-4936 (LTS) (JW)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. In that capacity, I write to respectfully request (1) an adjournment of the settlement conference scheduled for October 1, 2024 at 11:30 a.m.; and (2) a corresponding adjournment of the pre-settlement conference call scheduled for September 23, 2024 at 12:30pm, and corresponding extensions of related deadlines. Co-defendant Corizon Health, Inc. ("Corizon") takes no position to this request as the case is stayed as to Corizon and advised that they will not be participating in the settlement conference. Plaintiffs do not consent and co-defendant Sidney Wilson consents to this request.

The undersigned makes this request for several reasons. First, the undersigned has previously scheduled conflicts on the settlement conference date. Second, this case was transferred to the undersigned for settlement purposes a few days ago and I need time to review the record. No previous request for an adjournment of the settlement conference has been made.

The parties have conferred regarding mutually agreeable dates for the adjournment, and, the Court's schedule allowing, the parties respectfully propose October 30, 2024, November 14, 2024 and November 20, 2024 for the settlement conference.

- 2 -

        Defendant City thanks the Court for its time and consideration in this regard.

        Respectfully submitted,

        _/s/ *Jenny Weng*_____

        Jenny Weng
        Senior Counsel

cc:     All Counsel (via ECF)