**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
K.A. *et al.*,

                           Plaintiffs,                                **ORDER**

                    -against-                                **16-cv-4936 (LTS) (JW)**

CITY OF NEW YORK *et al.*,

                           Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

    A settlement conference was held in this matter on **February 6, 2025.**  No

settlement was reached.  The Parties are directed to meet and confer, and file a joint

letter to the Court by **February 28, 2025** with proposed next steps regarding

discovery, substantive motions, or trial.

    SO ORDERED.

DATED:    New York, New York
          February 6, 2025

                                           _Jennifer E. Willis_
                                           JENNIFER E. WILLIS
                                           United States Magistrate Judge