

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000   FAX: 516.248.0677   WWW.KBRLAW.COM

September 17, 2025

JONATHAN HAMMERMAN
DIRECT: 516.693.7008
JHAMMERMAN@KBRLAW.COM

**VIA ECF**

Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   K.A. et al v. City of New York, Corizon, Sidney Wilson, et al.
      Docket No.: 1:16-cv-04936 (LTS)(JW)

Dear Honorable Judge:

This office represents the defendant, Sidney Wilson, in the above-referenced matter. We hereby submit the following in furtherance of plaintiffs' counsel's correspondence dated August 28, 2025, as well as in response to you Honor's Order dated September 2, 2025 requesting that we provide a status update.

Plaintiffs' counsel's assertion in the above-referenced letter was correct, in that this matter has indeed fully resolved via settlement on behalf of defendant Sidney Wilson as to each plaintiff. The parties are currently working on finalization of such, including the exchange of all necessary lien letters and execution of all proper settlement documents.

Additionally, plaintiffs' counsel is attempting to ascertain whether or not any Court approval is needed with regard to the settlement of the matter on behalf of the plaintiff, Aja Jones as personal representative of the estate of L.J., and will act accordingly to accomplish such if Court approval is necessary.

Thank you for your time and consideration.

Very truly yours,
Jonathan Hammerman

_____
Kaufman Borgeest & Ryan LLP
By: Jonathan Hammerman (JH 3065)
Attorneys for Defendant Sidney Wilson

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA