MARC J. HELD*
PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY
+ADMITTED IN CALIFORNIA

JEFFREY B. MANCA
EDWARD S. MILLER
URI NAZRYAN
CARL E. ZAPFFE*
_____
OF COUNSEL
SHERRY D. DANZIG+



**HELD & HINES LLP**
ATTORNEYS AT LAW

October 14, 2025

**VIA ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *K.A., et al. v. City of New York, et al.*, 16 Civ. 04936 (LTS) (JW)

Dear Chief Judge Swain,

    I write on behalf of the plaintiffs and defendant Sidney Wilson to advise the Court that plaintiffs' claims against Wilson have been settled and General Releases have been signed and tendered to counsel for Wilson.

    I also write on behalf of plaintiff Aja Jones, Personal Representative of the Estate of L.J., to advise the Court that a letter motion seeking approval and apportionment of the settlement by the Court will be filed in the coming days. However, since the terms of the settlement and the General Release at issue are subject to a confidentiality provision, I respectfully request leave to file said motion under seal and limit access to same to the Court and counsel for Mr. Wilson.

    I thank the Court for its time and attention to this matter.

Respectfully submitted,

HELD & HINES, LLP

_/s/ Philip Hines_
Philip M. Hines, Esq

cc:   **BY ECF**
    All counsel of record

The foregoing request is granted insofar as the motion may be filed under seal with designated party access authorization only, and the court will make its determination regarding full sealing or redaction of the settlement agreement after review of the motion. The parties' attention is directed to the sealed filing provision of the undersigned's individual practices rules.
SO ORDERED.
10/16/2025
/s/ Laura Taylor Swain, Chief USDJ

622 THIRD AVENUE, STE. 600
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

www.HELDHINES.com

4815 AVENUE N
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768