UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

               16 Civ. 04936 (LTS) (JW)

             Plaintiffs,

    -against-

CITY OF NEW YORK, CORIZON HEALTH,       **<u>MEMO ENDORSED</u>**
INC., CORIZON, INC. and SIDNEY WILSON,
individually and in his official capacity,

             Defendants.
-------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF MOTION
## FOR APPROVAL AND COMPROMISE OF THE SETTLEMENT
## AND SEALING OF ALL DOCUMENTS RELATED TO THIS APPLICATION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Declarations of Aja Jones and Philip M. Hines, Esq., together with the exhibits annexed thereto, Aja Jones, as Personal Representative of the Estate of Latanya Henderson, by and through her undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, Chief Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order (1) pursuant to Local Civil Rule 83.2, approving the settlement of this matter on behalf of the Estate of Latanya Henderson and compromising same; and (2) pursuant to Section 6 of the United States District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions, and this Court's Individual Rules, sealing the documents submitted with this application and denying access authorization to defendants City of New York and Corizon and the public; and (3) such other and further relief as this Court may deem just and proper.

Dated: Brooklyn, New York
      October 28, 2025

Respectfully submitted,

HELD & HINES, L.L.P.
4815 Avenue N
Brooklyn, New York 11234
(718) 531-9700
phines@heldhines.com

*/s/ Philip M. Hines*_____
Philip M. Hines, Esq.

DE # 278 already resolved this motion. This motion is simply the unsealed, public version of DE # 272, and it is being filed publicly pursuant to DE # 278. DE # 283 is hereby resolved.
SO ORDERED.
12/9/2025
/s/ Laura Taylor Swain, Chief USDJ