UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

                16 Civ. 04936 (LTS) (JW)

        Plaintiffs,

   -against-

CORIZON HEALTH, INC. and CORIZON, INC.,

        Defendants.
-------------------------------------------------------------------X

# MEMO
# ENDORSED

**PLAINTIFFS' NOTICE OF MOTION FOR
LEAVE TO SUBSTITUTE SUCCESSOR PARTIES TO CORIZON**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Philip M. Hines,

Esq., dated June 3, 2026, together with the exhibits thereto and Memorandum of Law filed

therewith, Plaintiffs move this Court, before the Honorable Laura Taylor Swain, U.S. District

Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl

Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 25(c), substituting

YITZCHAK LEFKOWITZ A/K/A ISAAC LEFKOWITZ; YESCARE HOLDINGS LLC; CHS

TX, INC.; GENEVA CONSULTING, LLC; PERIGROVE, LLC; PERIGROVE 1018, LLC; M2

HOLDCO, LLC; M2 LOANCO, LLC; PHARMACORR LLC; ENDEAVOR DISTRIBUTION

LLC;  SIGMA RM, LLC;  DG REALTY MANAGEMENT LLC; SCARACOR LLC; FLACKS

GROUP LLC; M2 EQUITYCO LLC; VALITAS INTERMEDIATE HOLDINGS INC.;

VALITAS HEALTH SERVICES, INC.; SARA ANN TIRSCHWELL; AYODEJI OLAWALE

LADELE; BEVERLY MICHELLE RICE; JEFFREY SCOTT KING; JENNIFER LYNNE

FINGER; AND FRANK JEFFREY SHOLEY, and DOES 1-50 (names being fictitious, persons

intended being those alleged to have received assets, business opportunities, or transfers from the

named Defendants), as successors to CORIZON HEALTH, INC. and CORIZON, INC., together

with such other and further relief as this Court deems just and proper.


Dated: Brooklyn, New York
      June 3, 2026

                             Respectfully submitted,

                             HELD & HINES, L.L.P.
                             4815 Avenue N
                             Brooklyn, New York 11234
                             (718) 531-9700
                             phines@heldhines.com

                             */s/ Philip M. Hines*_____
                             Philip M. Hines, Esq.


Plaintiffs are hereby directed to serve their motion, and this memo endorsement, as provided
in Rules 25(c) and 25(a)(3) and to promptly file certificates of service.  Following service
upon them, Defendants shall have two weeks to file any opposition to Plaintiffs' motion.
Plaintiffs' motion at DE 299 otherwise remains open and is held under advisement.
SO ORDERED.
6/4/2026
/s/ Laura Taylor Swain, Chief USDJ