UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

                                         16 Civ. 04936 (LTS) (JW)

                Plaintiffs,

    -against-

CORIZON HEALTH, INC. and CORIZON, INC.,

                Defendants.
-----------------------------------------------------------------------X

**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR
LEAVE TO SUBSTITUTE SUCCESSOR PARTIES TO CORIZON**

    **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Philip M. Hines, Esq., dated June 5, 2026, together with the exhibits thereto and Memorandum of Law filed therewith, Plaintiffs move this Court, before the Honorable Laura Taylor Swain, U.S. District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 25(c), substituting TEHUM CARE SERVICES INC.; YITZCHAK LEFKOWITZ A/K/A ISAAC LEFKOWITZ; YESCARE HOLDINGS LLC; GENEVA CONSULTING, LLC; PERIGROVE, LLC; PERIGROVE 1018, LLC; M2 HOLDCO, LLC; M2 LOANCO, LLC; PHARMACORR LLC; ENDEAVOR DISTRIBUTION LLC; SIGMA RM, LLC; DG REALTY MANAGEMENT LLC; SCARACOR LLC; FLACKS GROUP LLC; M2 EQUITYCO LLC; VALITAS INTERMEDIATE HOLDINGS INC.; VALITAS HEALTH SERVICES, INC.; SARA ANN TIRSCHWELL; AYODEJI OLAWALE LADELE; BEVERLY MICHELLE RICE; JEFFREY SCOTT KING; JENNIFER LYNNE FINGER; AND FRANK JEFFREY SHOLEY, and DOES 1-50 (names being fictitious, persons intended being those alleged to have received assets, business opportunities, or transfers

from the named Defendants), as successors to CORIZON HEALTH, INC. and CORIZON, INC.,

together with such other and further relief as this Court deems just and proper.


Dated: Brooklyn, New York
      June 5, 2026

                                       Respectfully submitted,

                                       HELD & HINES, L.L.P.
                                       4815 Avenue N
                                       Brooklyn, New York 11234
                                       (718) 531-9700
                                       phines@heldhines.com

                                       */s/ Philip M. Hines*_____
                                       Philip M. Hines, Esq.