

MARC J. HELD*

PHILIP M. HINES*


*ALSO ADMITTED IN NEW JERSEY

+ADMITTED IN CALIFORNIA

CARISSA CAUKIN

BRANDON E. DIXON

JEFFREY B. MANCA

EDWARD S. MILLER

URI NAZRYAN

CARL E. ZAPFFE*

_____

OF COUNSEL

SHERRY D. DANZIG+

**HELD & HINES LLP**
ATTORNEYS AT LAW

June 5, 2026

***Via ECF***

Hon. Laura Taylor Swain
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<u>**MEMO
ENDORSED**</u>

> Re:    *K.A., et al. v. City of New York, et al.*, 16 Civ. 4936 (LTS)(JW)

Dear Chief Judge Swain:

As counsel for Plaintiffs in the above matter, we filed a Motion to Substitute (Dkt. Nos. 299-301) on June 3, 2026. On June 4, 2026, Plaintiffs' counsel was advised by the Trustee of the PI/WD Trust that CHS TX INC. also filed a voluntary petition for Chapter 11 bankruptcy protection. As such, Plaintiffs have amended the relief sought by their motion such that they longer seek to substitute CHS TX, Inc. as a party. Also, on the advice of the Trustee, Plaintiffs seek to substitute Tehum Care Services, Inc. for Corizon as a nominal party. Accordingly, Plaintiffs have amended and filed their notice of motion, the undersigned's declaration and supporting exhibits, and memorandum of law today in order to reflect same.

Furthermore, earlier today, your Honor directed Plaintiffs to serve their motion and the Court's memo endorsement (Dkt. No. 302) upon the defendants. With the Court's permission, Plaintiffs will serve their amended motion papers, along with the Court's endorsement, on the defendants, as provided in Rules 25(c) and 25(a)(3), and promptly file certificates of service.

We thank the Court for its time and attention to this matter and await the Court's guidance.


Respectfully submitted,

HELD & HINES, LLP


_____*/s/ Philip Hines*_____
Philip M. Hines, Esq.

cc:    **BY ECF**
       All counsel of record

The foregoing request to serve the amended motion papers is granted.
DE # 299 is resolved. DE # 303 remains open and under advisement.
DE # 306 is resolved.
SO ORDERED.
6/8/2026
/s/ Laura Taylor Swain, Chief USDJ

622 THIRD AVENUE, STE. 600
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

**www.HELDHINES.com**

4815 AVENUE N
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768