UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
K.A., S.A., L.R., L.J., and JANE DOES 1-25,

                                  16 Civ. 04936 (LTS) (JW)

          Plaintiffs,

     -against-

CORIZON HEALTH, INC. and CORIZON, INC.,

          Defendants.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Philip M. Hines, Esq., counsel for Plaintiffs herein, hereby certify that on June 18, 2026, the following parties agreed to waive formal service of Plaintiff's Amended Notice of Motion seeking relief pursuant to Fed. R. Civ. P. 25(c), together with the undersigned's Declaration and exhibits, and Memorandum of Law in Support (Doc. Nos. 303-305), and the Court's Memo Endorsed Orders of June 4, 2026 and June 8, 2026 (Doc. Nos. 302, 307), and accepted service of same by e-mail on this date:

          Tehum Care Services, Inc.
          Yitzchak Lefkowitz a/k/a Isaac Lefkowitz
          YesCare Holdings LLC
          Geneva Consulting, LLC
          Perigrove, LLC
          Perigrove 1018, LLC
          M2 HoldCo, LLC
          M2 LoanCo, LLC
          PharmaCorr LLC
          Endeavor Distribution LLC
          Sigma RM, LLC
          DG Realty Management LLC
          M2 EquityCo LLC
          Valitas Intermediate Holdings Inc.
          Valitas Health Services, Inc.
          Beverly Michelle Rice
          Jeffrey Scott King
          Jennifer Lynne Finger

Frank Jeffrey Sholey

Dated: June 18, 2026

Respectfully submitted,

HELD & HINES, LLP
*Attorneys for Plaintiffs*

*/s/ Philip M. Hines*_____
4815 Avenue N
Brooklyn, New York 11234
(718) 531-9700
phines@heldhines.com